# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:19-cr-00013-MR-WCM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ANTHONY ORLANDO BOWERS, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Indictment [Doc. 6].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 6] is **GRANTED**, and the Bill of Indictment in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to provide copies of this Order to counsel for the Government, the U.S. Marshals Service, and the U.S. Probation office.

**IT IS SO ORDERED.**

Signed: April 24, 2019

Martin Reidinger
United States District Judge